# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Eddie Dean Dogan, Jr.<br>*Plaintiff*<br>v.<br>Tony A. Fisher, Ed Membeno, Cheryl Ann Boyd and Holman C. Gossett, Jr.<br>*Defendant* | Civil Action No. 7:18-cv-3129–HMH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice and without issuance and service of process.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M. Herlong, Jr., United States District Judge who adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date: March 4, 2019

*CLERK OF COURT*

s/Debbie Stokes

*Signature of Clerk or Deputy Clerk*